■ GLORIA T. WANG, Appellant, v NATHAN WANG et al., Respondents. —In a matrimonial action, in which, as a fourth cause of action, plaintiff seeks to impress a trust on certain real and personal property, plaintiff appeals from so much of an order of the Supreme Court, Nassau County, dated April 5, 1978, as severed and dismissed the fourth cause of action and canceled a lis pendens which plaintiff had filed against the real property. Order affirmed insofar as appealed from, with $50 costs and disbursements. Plaintiff completely misapprehends the elements required to invoke the equitable remedy of a constructive trust (see Sharp v Kosmalski, 40 NY2d 119; cf. McGrath v Hilding, 41 NY2d 625). No construction of the allegations she pleads in her fourth cause of action suffices to sustain the claim. Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.

■ In the Matter of JOHN BEARY, Respondent, v CITY OF RYE, Appellant.—In a proceeding pursuant to section 50-e of the General Municipal Law for leave to serve a late notice of claim against a public corporation, the appeal is from an order of the Supreme Court, Westchester County, entered January 25, 1977, which granted the application. By order dated November 14, 1977 this court reversed the order of Special Term and denied the application (Matter of Beary v City of Rye, 59 AD2d 905). On May 4, 1978 the Court of Appeals reversed the order of this court and remanded the matter "for the exercise of [this court's] discretion" (44 NY2d 398, 415). Order affirmed, with $50 costs and disbursements. Special Term properly granted the application for leave to serve a late notice of claim (see Matter of Beary v City of Rye, 44 NY2d 398, supra). Mollen, P. J., Titone, Rabin and Margett, JJ., concur.